```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
              "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

          Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/04/03
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (190) Other contract actions
                    STATE LAW BREACH OF CONTRACT LAWS
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 06/04/03 receipt # 00120585
          Trial by: Jury
```

Parties of Record:                                    Counsel of Record:

PLF 1.1            BELFOR USA GROUP INC               William J. Evans
                                                     Dorsey & Whitney
                                                     1031 W. 4th Avenue, Suite 600
                                                     Anchorage, AK 99501
                                                     907-276-4557


DEF 1.1            R.J. KENNEY ASSOCIATES INC         Bruce E. Davison
                                                     Davison & Davison
                                                     3351 Arctic Boulevard
                                                     Anchorage, AK 99503
                                                     907-563-6555
                                                     FAX 907-562-7873


DEF 2.1       [T]  SEWARD ASSOC FOR THE ADVANCEMENT   No counsel found for this party!
                   OF MARINE SCIENCE

3PP 1.1       [T]  R.J. KENNEY ASSOCIATES INC         No counsel found for this party!

3DF 1.1       [T]  SEWARD ASSOC FOR THE ADVANCEMENT   Max D. Garner
                   OF MARINE SCIENCE                  Birch Horton et al
                                                     1127 W. 7th Avenue
                                                     Anchorage, AK 99501-3399
                                                     907-276-1550

```
         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                  "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                             For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 06/04/03
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (190) Other contract actions
                   STATE LAW BREACH OF CONTRACT LAWS
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 06/04/03 receipt # 00120585
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/05/03 | Complaint filed; Summons issued. |
| 2 - 1 | 06/06/03 | PLF 1 Return of Service Executed re: DEF 1 & 2 on 6/4/03. |
| 3 - 1 | 06/09/03 | PLF 1 Errata to aff of service of summons and complaint w/att exhs. |
| 4 - 1 | 06/11/03 | DEF 2 Attorney Appearance of M. Garner. |
| 5 - 1 | 06/18/03 | DEF 2 motion to dismiss w/att memo |
| 6 - 1 | 06/24/03 | DEF 1 Attorney Appearance of Bruce Davison |
| 7 - 1 | 06/24/03 | PLF 1; DEF 1-2 Stipulation for 60-day ext to file answer |
| 7 - 2 | 06/30/03 | JWS Order granting stipulation for 60-day ext to file answer (7-1); D1's answer due 8/22/03. cc: cnsl |
| 8 - 1 | 07/03/03 | PLF 1; DEF 2 Stipulation for ext of time untili 7/11/03 to file oppo to mot to dismiss. |
| 8 - 2 | 07/07/03 | Order approving stip for ext of time until 7/11/03 to file oppo to mot to dism (8-1). cc: cnsl |
| 9 - 1 | 07/11/03 | PLF 1 opposition to DEF 2 motion to dismiss (5-1) w/att exhs. |
| 10 - 1 | 07/14/03 | PLF 1 Corporate Disclosure Statement. |
| 11 - 1 | 07/24/03 | PLF 1; DEF 2 Stipulation for ext of time until 7/25/03 for DEF 2 to reply to oppo to DEF 2's mot to dismiss. |
| 11 - 2 | 07/25/03 | Order approving stip for ext of time until 7/25/03 for DEF 2 to reply to oppo to mot to dismiss (11-1). cc: cnsl |
| 12 - 1 | 07/25/03 | DEF 2 reply to opposition to DEF 2 motion to dismiss (5-1). |
| 13 - 1 | 08/07/03 | JWS Order granting motion to dismiss (5-1). cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                     "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                    For all filing dates


 Document #    Filed     Docket text

    14 -  1   08/22/03   Stipulation for ext of time until 9/30/03 to file ans or other
                         responsive pleading.

    14 -  2   08/25/03   JWS Order approving stip for ext of time until 9/30/03 to file ans or
                         other responsive pleading (14-1). cc: cnsl

    15 -  1   09/30/03   DEF 1 Answer and Counterclaim.

    15 -  2   09/30/03   3PP 1 Complaint (Third-party).

  NOTE -  1   10/06/03   Issued: summons on 3DF-1.

    16 -  1   10/07/03   DEF 1; 3PP 1 Corporate Disclosure Statement.

    17 -  1   10/09/03   3PP 1 Return of Service on M. Garner, Executed 10/7/03.

    18 -  1   10/10/03   PLF 1 Jury Demand.

    19 -  1   10/14/03   DEF 1 Affidavit of svc of cmplt and sum on M. Garner, cnsl for 3DF-1.

    20 -  1   10/14/03   3DF 1 Corporate Disclosure Stmt.

    21 -  1   10/23/03   PLF 1; DEF 1 Stipulation for ext of time until 10/31/03 to file ans to
                         DEF 1 counterclaim.

    22 -  1   10/24/03   JWS Order granting stipulation for ext of time until 10/31/03 for Belfor
                         USA to file ans to DEF 1 counterclaim (21-1). cc: cnsl

    23 -  1   10/27/03   3DF 1 Answer to Third-party Complaint to 3PP 1 Third-party complaint.

    23 -  2   10/27/03   3DF 1 Counterclaim against 3PP 1.

    24 -  1   10/31/03   PLF 1; DEF 1 Stipulation for ext of time until 11/3/03 to file ans to
                         DEF 1 cclm.

    25 -  1   11/03/03   PLF 1; DEF 1 Stipulation allowing amendment of cmplt w/att prop 1st
                         amended cmplt and ans to cclm.

    26 -  1   11/04/03   JWS Order approving stip for ext of time until 11/3/03 to file ans to
                         DEF 1 cclm (24-1). cc: cnsl

    27 -  1   11/04/03   JWS Minute Order approving stip allowing amendment of cmplt (25-1). cc:
                         cnsl

    28 -  1   11/04/03   PLF 1 Complaint (1st Amended) and Ans to Cclm w/att exh.

    29 -  1   11/13/03   3PP 1 Answer to  3DF's Counterclaim.

    30 -  1   11/26/03   PLF 1; DEF 1-2; 3PP 1; 3DF 1 Report of planning meeting.

    31 -  1   12/03/03   JWS Minute Order that plf require ans' to amended cmplt from DEF 1 and
                         DEF 2 w/i 20 days. cc: cnsl

    32 -  1   12/08/03   DEF 2; 3DF 1 motion to correct case caption.

    33 -  1   12/08/03   DEF 2 Answer to 1st Amended Complaint.


 ACRS: R_VDSDX               As of 12/01/05 at 3:08 PM by GARRY                         Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                        "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                    For all filing dates


Document #   Filed      Docket text

   34 -   1  12/09/03   JWS Minute Order denying motion to correct case caption (32-1); cnsl for
                        all parties to confer and file joint rpt by 1/30/04 re: correct case
                        caption. cc: cnsl

   35 -   1  12/11/03   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 07/16/04; Dispositive motions deadline 08/16/04; Estimate of
                        trial 8 days. cc: cnsl

   36 -   1  01/08/04   JWS Minute Order re: amended cmplt; if case not at iss 120 days from
                        filing of cmplt case will be dism as to DEF 1. cc: cnsl

   37 -   1  01/14/04   DEF 1 Answer (First Amended) to first amended complaint and answer to
                        counterclaim.

   37 -   2  01/14/04   DEF 1 Counterclaim as to Belfor USA Group Inc.

   37 -   3  01/14/04   3PP 1 Complaint (Third-party) against Seward Association for the
                        Advancement of Marine Science ("SAAMS").

   38 -   1  01/16/04   3DF 1 Answer to Third-party Complaint.

   39 -   1  01/30/04   PLF 1; DEF 1-2 Stipulation for dismissal of second claim for relief
                        against SAAMS in original complaint.

   40 -   1  01/30/04   PLF 1; DEF 1-2 motion (joint report) re: corrected case caption.

   41 -   1  02/03/04   JWS Order granting stip for dismissal of second claim for relief against
                        SAAMS in (39-1), mot (jnt rpt) re: corrected case caption (40-1). cc:
                        cnsl

   42 -   1  02/06/04   PLF 1; DEF 1; 3PP 1; 3DF 1 Stipulation for extension of time to 03/08/04
                        to amend pleadings or add parties.

   43 -   1  02/06/04   3PP 1 motion to amend third-party complaint w/att memo & proposed
                        third-party complaint.

   42 -   2  02/10/04   JWS Order approving stip for ext of time to 03/08/04 to amend pleadings
                        or add parties (42-1). cc: cnsl

   44 -   1  02/20/04   JWS Minute Order that cclm plf require a reply to amended cclm or apply
                        for dft w/i 20 days. cc: cnsl

   45 -   1  02/23/04   Stipulation for ext of time until 2/27/04 for expert wit disclosures to
                        be due.

   45 -   2  02/24/04   JWS Order approving stip for ext of time until 2/27/04 for expert wit
                        disclosures to be due (45-1). cc: cnsl

   46 -   1  02/26/04   DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time until 3/2/04 to file
                        oppo to mot to amend 3rd pty cmplt.

   46 -   2  02/27/04   Order approving stip for ext of time until 3/2/04 to file oppo to mot to
                        amend 3rd pty cmplt (46-1). cc: cnsl

   47 -   1  02/27/04   PLF 1 Expert Witness Disclosure.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                         "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                      For all filing dates


 Document #    Filed      Docket text

   48  -  1   02/27/04    DEF 1; 3PP 1 Expert Witness Disclosure.

   49  -  1   03/03/04    3PP 1; 3DF 1 Stipulation that 3DF 1 have until 3/5/04 to file oppo to
                          mot to amend 3rd pty cmplt.

   49  -  2   03/04/04    Order approving stip that 3DF 1 have until 3/5/04 to file oppo to mot to
                          amend 3rd pty cmplt (49-1). cc: cnsl

   50  -  1   03/05/04    3DF 1 oppo to 3PP 1 mot to amend third-party cmplt (43-1) w/att aff &
                          exhs.

   51  -  1   03/08/04    PLF 1; DEF 1; 3PP 1; 3DF 1 Amended Report of planning meeting.

   52  -  1   03/10/04    JWS Minute Order amending S&P ord to incorporate ddlns in rpt at dkt 51:
                          disc to close 11/16/04; disp mots ddln 02/22/05; 10 day TBJ estimate.
                          cc: cnsl

   53  -  1   03/15/04    3PP 1 motion for enlargement of time to reply to SAAM's opposition to
                          3rd party plaintiff's motion to amend 3rd party complaint w/att memo.

   54  -  1   03/17/04    3DF 1 non-oppo to 3PP 1 mot for enlargement of time to reply to SAAM's
                          oppo to 3rd pty plf's motion to amend 3rd pty cmplt (53-1).

   55  -  1   03/17/04    RRB Order granting mot for enlargement of time until 3/17/04 to reply to
                          SAAM's oppo to 3rd pty plf's mot to amend 3rd pty cmplt (53-1). cc: cnsl

   56  -  1   03/17/04    DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time until 3/22/04 for 3rd
                          pty plf to respond to oppo to mot to amend 3rd pty cmplt.

   56  -  2   03/18/04    JWS Order approving stip for ext of time until 3/22/04 for 3rd pty plf
                          to respond to mot to amend 3rd pty cmplt (56-1). cc: cnsl

   57  -  1   03/22/04    DEF 1; 3PP 1 reply to opposition to 3PP 1 motion to amend third-party
                          complaint (43-1) w/att exhs.

   58  -  1   03/22/04    DEF 1; 3PP 1 Notice of faxed and unnotarized Aff of R. Kenney re: 3PP 1
                          motion to amend third-party complaint (43-1).

   59  -  1   04/16/04    JWS Minute Order Def R.J. Kenny has 15 days to apply for default as to
                          the counterclaim at dkt 37 or the counterclaim will be dismissed for
                          lack of prosecution.  cc: cnsl

   60  -  1   04/19/04    PLF 1 Answer (reply) to Counterclaim.

   61  -  1   04/20/04    PLF 1 motion for clarification regarding order form chambers dated
                          4/16/04.

   62  -  1   04/23/04    JWS Minute Order granting mot for clarification regarding order from
                          chambers dated 4/16/04 (61-1); Belfor's reply to counterclaim fld at dkt
                          60 on 04/19/04, constitutes compliance with the crt's earlier order. cc:
                          cnsl

   63  -  1   06/07/04    JWS Order granting/denying motion to amend third-party complaint (43-1).
                          cc: cnsl

   64  -  1   06/08/04    Stipulation for ext of time until 7/7/04 to amend pleadings or add
                          parties.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                            "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                         For all filing dates

 Document #    Filed       Docket text

    64 -  2   06/09/04    JWS Order approving stip for ext of time until 7/7/04 to amend pleadings
                          or add parties (64-1). cc: cnsl

    65 -  1   06/14/04    PLF 1 motion to dismiss counterclaim w/att memo.

    66 -  1   06/17/04    3PP 1 Complaint (Revised First Amended Third-party).

    67 -  1   06/29/04    DEF 1; 3PP 1 opposition to PLF 1 motion to dismiss counterclaim (65-1)
                          w/att exhs.

    68 -  1   07/06/04    DEF 1; 3PP 1 Notice of filling orig signed aff of R. Kenney to oppo re:
                          PLF 1 motion to dismiss counterclaim (65-1) w/att aff.

    69 -  1   07/07/04    PLF 1 motion to amend complaint w/att memo and exhs.

    70 -  1   07/08/04    PLF 1 Errata re: PLF 1 motion to amend complaint (69-1)  w/att prop 2nd
                          amended cmplt & ans to cntrclm.

    71 -  1   07/12/04    PLF 1 reply to opposition to PLF 1 motion to dismiss counterclaim (65-1)
                          w/att exhs.

    72 -  1   07/14/04    JWS Minute Order that 3rd pty plf require ans or apply for dft as to
                          revised amended 3rd pty cmplt w/i 20 days. cc: cnsl

    73 -  1   07/16/04    3DF 1 first amended answer and counterclaim to the revised first amended
                          third-party Complaint.

    74 -  1   08/02/04    JWS Order granting motion to amend complaint (69-1). cc: cnsl

    75 -  1   08/02/04    PLF 1 Complaint (2nd Amended) and ans to cclm.

    76 -  1   08/25/04    JWS Minute Order that plf require an ans or apply for dft w/i 20 days
                          re: 2nd amended cmplt. cc: cnsl

    77 -  1   08/25/04    JWS Order granting motion to dismiss counterclaim (65-1); RJK's cclm
                          against Belfor is dism. cc: cnsl

    78 -  1   08/26/04    DEF 1 Answer to 2nd amended Complaint.

    79 -  1   09/03/04    Stipulation for extension of time until 1/31/05 for discovery to close &
                          until 3/31/05 for filing of dispositive motions.

    79 -  2   09/07/04    JWS Order approving stip for ext of time until 1/31/05 for disc to close
                          (79-1); dispositive mots ddln 03/31/05. cc: cnsl

    80 -  1   09/10/04    DEF 1 motion to withdraw deemed admissions w/att memo & exhs.

    81 -  1   09/16/04    DEF 1; 3DF 1 Stipulation for extension of time until 10/13/04 to oppose
                          DEF 1 mot to withdraw its deemed admissions.

    81 -  2   09/17/04    Order approving stip for ext of time until 10/13/04 to oppose DEF 1 mot
                          to w/d its deemed admissions (81-1). cc: cnsl

    82 -  1   10/13/04    3DF 1 opposition to DEF 1 motion to withdraw deemed admissions (80-1)
                          w/att exh.

    83 -  1   10/14/04    3DF 1 Notice of filing original affidavit of D. Schaefermeyer re: oppo
                          to DEF 1 motion to withdraw deemed admissions(80-1) w/att aff.

ACRS: R_VDSDX                   As of 12/01/05 at 3:08 PM by GARRY                        Page 5
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                         "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                     For all filing dates

 Document #    Filed      Docket text

    84 -   1   10/19/04   3DF 1 Errata to notice of filing original aff D. Schaefermeyer re: oppo
                          to DEF 1 motion to withdraw deemed admissions (80-1) .

    85 -   1   10/21/04   DEF 1 reply to opposition to DEF 1 motion to withdraw deemed admissions
                          (80-1) w/att exhs.

    86 -   1   10/21/04   DEF 1 Notice of filing faxed Aff of R. Kinney in support re: reply to
                          oppo to DEF 1 mot to withdraw deemed admissions (80-1).

    87 -   1   10/26/04   DEF 1; 3PP 1 Notice of filing original affidavit of R. J. Kenney in
                          support of reply to oppo re: DEF 1 motion to withdraw deemed admissions
                          (80-1) w/att aff.

    88 -   1   10/27/04   3DF 1 motion for summary judgment on 3rd party complaint w/att memo, aff
                          & exhs.

    89 -   1   10/28/04   3DF 1 Notice of filing original affidavit re: 3DF 1 motion for summary
                          judgment on 3rd party complaint(88-1)w/att aff.

    90 -   1   10/29/04   PLF 1; DEF 1; 3PP 1; 3DF 1 Stipulation for extension of time of retained
                          expert reports & rebuttal expert reports deadlines.

    90 -   2   11/02/04   RRB Order approving stip for ext of time of retained expert reports &
                          rebuttal (90-1). cc: cnsl

    91 -   1   11/05/04   Stipulation for extension of time until 11/24/04 to file RJ Kenny's
                          opposition to SAAM's mot for sj.

    91 -   2   11/08/04   Order granting stipulation for extension of time until 11/24/04 to file
                          RJ Kenny's oppo to Saam's mot for sj (91-1).  cc: cnsl

    92 -   1   11/22/04   PLF 1; DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time to file expert
                          reports & rebuttal expert reports.

    93 -   1   11/24/04   DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time until 11/29/04 to file
                          oppo to SAAM's mot for SJ.

    92 -   2   11/29/04   JWS Order approving stip for ext of time to file expert rpts & rebuttal
                          expert r (92-1). cc: cnsl

    93 -   2   11/29/04   Order granting stip for ext of time until 11/29/04 to file oppo to
                          SAAM's mot for sj (93-1). cc: cnsl

    94 -   1   11/29/04   3PP 1 opposition to 3DF 1 motion for summary judgment on 3rd party
                          complaint  (88-1) w/att exhs. (original located in folder behind file)

    95 -   1   12/03/04   JWS Order granting motion to withdraw deemed admissions (80-1); 3DF 1 to
                          file mot for atty fees by 12/20/04; oppo due 1/14/05; reply due 1/21/05.
                          cc: cnsl

    96 -   1   12/06/04   3DF 1 reply to opposition to 3DF 1 motion for summary judgment on 3rd
                          party complaint (88-1) w/att exhs.

    97 -   1   12/17/04   Stipulation for ext of time until 12/30/04 for rebuttal expert rpts
                          ddln.

    97 -   2   12/20/04   JWS Order approving stip for ext of time until 12/30/04 for rebuttal
                          expert rpts ddl to 12/30/04 (97-1). cc: cnsl

 ACRS: R_VDSDX                 As of 12/01/05 at 3:09 PM by GARRY                         Page 6
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                           "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                       For all filing dates

Document #    Filed       Docket text

    98 -  1   12/20/04    3DF 1 motion for award of fees & costs w/att exhs. (narrative entries
                          fld under seal)

    99 -  1   12/21/04    3DF 1 motion to file under seal narrative entries in support of mot for
                          award of fees & costs.

   100 -  1   12/22/04    JWS Order granting mot to file under seal narrative entries in support
                          of mot for award of fees & costs (99-1). cc: cnsl

   101 -  1   12/30/04    Stipulation for ext of time until 2/11/05 to file witness lists.

   101 -  2   01/03/05    JWS Order approving stip for ext of time until 2/11/05 to file wit lists
                          (101-1). cc: cnsl

   102 -  1   01/04/05    Stipulation for extension of time until 1/14/05 for rebuttal expert rpts
                          ddln.

   102 -  2   01/05/05    JWS Order approving stip for ext of time until 1/14/05 for rebuttal
                          expert rpts (102-1). cc: cnsl

   103 -  1   01/12/05    3PP 1 Notice of filing original signed aff of R. Kenney re:oppo to 3DF 1
                          motion for summary judgment on 3rd party complaint(88-1) w/att aff.

   104 -  1   01/14/05    DEF 1; 3PP 1 opposition to 3DF 1 motion for award of fees & costs (98-1)
                          w/att aff.

   105 -  1   01/26/05    3DF 1 reply to opposition to 3DF 1 motion for award of fees & costs
                          w/att exhs. (narrative entries fld under seal) (98-1).

   106 -  1   02/11/05    DEF 1; 3PP 1 Final Witness List.

   107 -  1   02/15/05    3DF 1 Final Witness List.

   108 -  1   02/16/05    JWS Order granting mot for sj on 3rd pty cmplt (88-1). cc: cnsl

   109 -  1   02/17/05    PLF 1 Final Witness List.

   110 -  1   02/22/05    PLF 1 Amended Final Witness List.

   111 -  1   02/24/05    Stipulation for protective order.

   112 -  1   02/24/05    DEF 1; 3PP 1 motion for leave to file overlength motion for
                          reconsideration w/att prop mot for reconsideration.

   113 -  1   02/25/05    JWS Order granting mot for leave to file overlength mot for
                          reconsideration (112-1). cc: cnsl

   114 -  1   02/25/05    DEF 1; 3PP 1 motion for reconsideration of order from chambers re:
                          motion at docket 88 w/att exhs.

   111 -  2   02/28/05    JWS Order approving stip for PO (111-1). cc: cnsl

   115 -  1   02/28/05    JWS Minute Order that 3DF 1 to file oppo to req for reconsideration at
                          dkt 114 by 3/18/05; no reply unless requested by crt. cc: cnsl

   116 -  1   02/28/05    3DF 1 motion for award of attorneys' fees w/att aff & exhs.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                         "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                       For all filing dates


 Document #    Filed     Docket text

   117 -   1  02/28/05   3DF 1 Bill of Costs.

   118 -   1  02/28/05   3DF 1 motion for entry of final judgment & dismissal of counterclaims
                         w/att memo.

   119 -   1  03/01/05   3DF 1 Notice of bill of cost hrg set for 03/8/05 at 9am.

   120 -   1  03/03/05   Clerk's Notice that the cost bill hrg previously set for Tuesday, March
                         8, 2005 is RESET for Wednesday, March 9, 2005 at 9:00 am. cc: cnsl

   121 -   1  03/09/05   3DF 1 Notice of cancellation of hrg on Bill of Costs.

   122 -   1  03/09/05   3DF 1 opposition to DEF 1; 3PP 1 motion for reconsideration of order
                         from chambers re: motion at docket 88 (114-1).

   123 -   1  03/10/05   DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time until 7 days after
                         ruling on R.J. Kenney's mot for reconsideration to file oppo to SAAMS'
                         mots for final judg, dismissal of cclms & attys' fees.

   123 -   2  03/11/05   HRH Order approving stip that oppo to SAAMS' mots for final judg,
                         dismissal of cclms & attys' fees due 7 days after ruling on R.J.
                         Kenney's mot for reconsideration (123-1). cc: cnsl

   124 -   1  03/29/05   DEF 1; 3PP 1 motion to amend complaint w/att memo/2nd amended
                         complaint/exh.

   125 -   1  03/30/05   PLF 1; DEF 1; 3PP 1; 3DF 1 Stipulation for extension of time
                         (dispositive mots due 6/30/05).

   125 -   2  03/31/05   JWS Order granting stipulation for extension of time (dispositive mots
                         due 6/30/05) (125-1). cc: cnsl

   126 -   1  04/07/05   JWS Order denying mot for reconsideration of ord from chambers re: mot @
                         dkt 88 (114-1); granting/denying mot for award of fees & costs (98-1);
                         RJK to tender payment of atty fees to SAAMS w/i 30 days from date of ord
                         in the amount of $5,694.88. cc: cnsl

   127 -   1  04/12/05   3PP 1; 3DF 1 Stipulation for ext of time until 4/13/05 to file 3DF 1's
                         oppo to 3PP's mot to amend 3rd pty cmplt.

   128 -   1  04/12/05   DEF 1; 3PP 1; 3DF 1 Stipulation for ext of time until 10 days following
                         crt's ruling on mot to amend 3rd pty cmplt for DEF 1 to file oppos to
                         mots for final judg, dismissal of case & attys' fees.

   127 -   2  04/13/05   Order approving stip for ext of time until 4/13/05 to file 3DF 1's oppo
                         to 3PP's mot to amend 3rd pty cmplt (127-1). cc: cnsl

   129 -   1  04/13/05   3DF 1 opposition to DEF 1; 3PP 1 motion to amend complaint (124-1) w/att
                         exhs.

   128 -   2  04/15/05   JKS Order approving stip for ext of time until 10 days following crt's
                         ruling on mot to amend 3rd pty cmplt for oppos to mots for final judg,
                         dismissal of case & attys' fees (128-1). cc: cnsl

   130 -   1  04/21/05   DEF 1; 3PP 1 reply to opposition to DEF 1; 3PP 1 motion to amend
                         complaint (124-1) w/att exh.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                      "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 131 - 1 | 04/21/05 | DEF 1; 3PP 1 Request for Oral Argument re: DEF 1; 3PP 1 motion to amend complaint (124-1). |
| 132 - 1 | 04/27/05 | DEF 1; 3PP 1 motion for summary judgment w/att memo, aff & exhs. (original in folder behind file) |
| 133 - 1 | 05/12/05 | PLF 1 Stipulation for extension of time until 5/23/05 to file opposition to RJK's motion for summary judgment. |
| 133 - 2 | 05/13/05 | JWS Order granting stipulation for extension of time until 5/23/05 to file opposition to RJK's mot for sj (133-1). cc: cnsl |
| 134 - 1 | 05/20/05 | PLF 1; DEF 1 Stipulation for ext of time until 5/26/05 to file oppo to DEF 1's mot for sj. |
| 134 - 2 | 05/23/05 | Order approving stip for ext of time until 5/26/05 to file oppo to DEF 1's mot for sj (134-1). cc: cnsl |
| 135 - 1 | 05/26/05 | PLF 1 motion (cross) for partial summary judgment w/att exhs. (original located in folder behind file) |
| 135 - 2 | 05/26/05 | PLF 1 opposition to DEF 1; 3PP 1 motion for summary judgment (132-1) w/att exhs. (original located in folder behind file) |
| 136 - 1 | 05/31/05 | JWS Order denying motion to amend complaint (124-1). cc: cnsl |
| 137 - 1 | 06/02/05 | PLF 1; DEF 1 Stipulation for ext of time to 6/17 to file reply to oppo to mot for SJ & oppo to x-mot for partial SJ. |
| 138 - 1 | 06/02/05 | PLF 1; DEF 1 Stipulation for ext of time to 7/31 for taking depositions. |
| 137 - 2 | 06/03/05 | JWS Order granting stipulation for ext of time to 6/17 to file reply to oppo to mot for SJ & oppo to x-mot for part SJ (137-1). cc: cnsl |
| 138 - 2 | 06/03/05 | JWS Order granting stipulation for ext of time to 7/31 for taking depositions (138-1) & setting the following dates: Dispositive motions deadline 08/01/05. cc: cnsl |
| 139 - 1 | 06/03/05 | PLF 1 Notice of filing signed aff of K. Daviscourt re:oppo to DEF 1; 3PP 1 motion for summary judgment (132-1), PLF 1 motion (cross) for partial summary judgment (135-1) w/att aff. |
| 140 - 1 | 06/07/05 | 3DF 1 Amended Bill of Costs w/att exhs. |
| 141 - 1 | 06/07/05 | 3DF 1 Notice of cost bill hrg set for 6/15/05 at 9:30am. |
| 142 - 1 | 06/07/05 | 3DF 1 motion for entry of judgment & dismissal of counterclaims w/att memo. |
| 143 - 1 | 06/07/05 | 3DF 1 Supplement re: 3DF 1 motion for award of attorneys' fees (116-1) w/att aff & exhs. |
| 144 - 1 | 06/10/05 | 3PP 1 opposition to 3DF 1 motion for award of attorneys' fees (116-1). |
| 145 - 1 | 06/10/05 | 3PP 1 opposition to 3DF 1 motion for entry of final judgment & dismissal of counterclaims (118-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                           "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                        For all filing dates


 Document #    Filed      Docket text

   146 -  1   06/17/05    Clerk's Notice re: cost bill hrg.  Final judgment has not been entered
                          in this cse, therefore, cost will not be taxed until the final judgment
                          is entered. cc: cnsl

   147 -  1   06/17/05    3DF 1 reply to opposition to 3DF 1 motion for award of attorneys' fees
                          (116-1) w/att exh.

   148 -  1   06/17/05    DEF 1 reply to opposition to DEF 1; 3PP 1 motion for summary judgment
                          (132-1) w/att exh.

   148 -  2   06/17/05    DEF 1 opposition to PLF 1 motion (cross) for partial summary judgment
                          (135-1).

   149 -  1   06/22/05    JWS Minute Order denying mot for entry of judg & dismissal of cclms
                          (142-1); granting mot for entry of final judg & dismissal of cclms
                          (118-1); clk to enter judg. cc: cnsl

   150 -  1   06/22/05    Judgment that 3rd-pty plf take nothing; action dism on merits; 3rd pty
                          def recover of 3rd-pty plf costs & atty fees in the amount of
                          $20,479.35. cc: cnsl, O&J 11836 (redistributed w/costs 7/19/05)

   151 -  1   06/22/05    JWS Order granting mot for award of attys' fees (116-1) in the amount of
                          $15,678.80; clk to enter atty fees in judg in amount of $20,479.35; cost
                          award of $667.70 to be added to clk's taxation of costs & inserted in
                          judg following cost bill hrg. cc: cnsl

   152 -  1   06/27/05    PLF 1 reply to opposition to PLF 1 motion (cross) for partial summary
                          judgment (135-1).

   153 -  1   07/07/05    3DF 1 Partial Judgment Satisfaction & stmt of remaining balance owed.

   154 -  1   07/07/05    DEF 1 motion to file affidavit of Russell J. Kenney to supplement R.J.
                          Kenney's motion for summary judgment, Reply to Belfor's Opposition &
                          Opposition to Belfor's Cross-Motion for Summary Judgment w/att exh &
                          prop aff.

   155 -  1   07/13/05    DEF 1 Notice of filing original Affidavit of R.J. Kenney re: DEF 1 mot
                          to file aff of Russell J. Kenney to suppl R.J. Kenney's mot for sj,
                          Reply to Belfor's Oppo & Oppo to Belfor's Cross-Mot for SJ (154-1) w/att
                          aff.

   156 -  1   07/19/05    Clerk's Notice of taxation of third-party defendant Seward Association
                          for the advancement of Marine Science's Cost Bill.  Total costs taxed
                          for the third-party def and against the third-party plf in the amt of
                          $2,722.85. cc: cnsl

   157 -  1   07/21/05    DEF 1; 3PP 1 appeal to 9CCA of (108-1) filed 02/16/05, (150-1) filed
                          06/22/05. cc:cnsl, Judge Sedwick, 9CCA

  NOTE -  2   07/22/05    Transmittal: Forwarded notice of appeal (157-1) to 9CCA along w/CADD and
                          Respresentation Statement.

   158 -  1   07/22/05    Cy 9CCA Certificate of Record. (157-1) cc: cnsl, Judge Sedwick, 9CCA
                          (original)

   159 -  1   07/28/05    PLF 1 opposition to DEF 1 motion to file affidavit of Russell J. Kenney
                          to supplement R.J. Kenney's motion for summary judgment, Reply to

 ACRS: R_VDSDX                    As of 12/01/05 at 3:09 PM by GARRY                      Page 10
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0119--CV (JWS)
                    "BELFOR USA GROUP INC V R.J. KENNEY ASSOC INC"

                                 For all filing dates

Document #   Filed      Docket text

                        Belfor's Opposition & Opposition to Belfor's Cross-Motion for Summary
                        Judgment (154-1) w/att exhs.

  160 -  1   07/28/05   PLF 1 Notice of filing unsigned Affidavit of K. Daviscourt re: oppo to
                        DEF 1 motion to file affidavit of Russell J. Kenney to supplement R.J.
                        Kenney's motion for summary judgment, Reply to Belfor's Opposition &
                        Opposition to Belfor's Cross-Motion for Summary Judgment (154-1).

  161 -  1   07/29/05   DEF 1 Transcript Designation/Order Form re: notice of appeal (157-1)none
                        ordered.

  162 -  1   08/01/05   PLF 1; DEF 1 Stipulation for ext of time until 9/16/05 to take depos.

  162 -  2   08/02/05   JWS Order approving stip for ext of time until 9/16/05 to take depos
                        (162-1). cc: cnsl

  163 -  1   08/04/05   JWS Minute Order setting the following dates: dispositive mots ddln
                        10/14/05. cc: cnsl

  164 -  1   08/09/05   DEF 1 reply to opposition to DEF 1 motion to file affidavit of Russell
                        J. Kenney to supplement R.J. Kenney's motion for summary judgment, Reply
                        to Belfor's Opposition & Opposition to Belfor's Cross-Motion for Summary
                        Judgment (154-1).

  165 -  1   09/16/05   JWS Order denying motion for summary judgment (132-1), motion (cross)
                        for partial summary judgment (135-1), denying as moot motion to file
                        affidavit of Russell J. Kenney (154-1).  cc: cnsl

  166 -  1   10/31/05   JWS Order re: certification of readiness for trial; parties to certify
                        or file a report within 15 days from the date of this order. cc:cnsl

  167 -  1   11/15/05   PLF 1 Case Status Report.

  168 -  1   11/23/05   JWS Minute Order that updated stat rpt due 12/9/05 unless closing papers
                        are sooner fld. cc: cnsl
```