William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Belfor USA Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>      Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>      Defendant/Counterclaim Plaintiff. | |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>      Third-Party Plaintiff,<br><br>vs.<br><br>SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, an Alaska nonprofit corporation,<br><br>      Third-Party Defendant. | Case No. A03-0119 CV (JWS)<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

      The parties hereto, by and through their respective counsel, hereby stipulate and agree that all claims asserted or assertable by Belfor USA Group, Inc. against R.J. Kenney Associates, Inc. and all claims asserted or assertable by R.J. Kenney Associates, Inc. against Belfor USA Group, Inc. in the above-entitled action are dismissed with prejudice, with each party to bear its own costs and attorney fees.

                                DORSEY & WHITNEY LLP
                                Attorneys for Belfor USA Group, Inc.

Date: January 9, 2006         By: s/William J. Evans
                                William J. Evans, ABA #9812092
                                Wendy E. Leukuma, ABA #0211048
                                DORSEY & WHITNEY LLP
                                1031 West 4th Avenue, Suite 600
                                Anchorage, Alaska 99501
                                Phone: 907-276-4557
                                Fax: 907-276-4152
                                Email: evans.william@dorsey.com

                              LAW OFFICES OF DAVISON AND
                                  DAVISON, INC.
                              Attorneys for R.J. Kenney Associates, Inc.

Date: January 9, 2006         By: s/Bruce E. Davison
                                Bruce E. Davison, ABA #8211111
                                LAW OFFICES OF DAVISON &
                                  DAVISON, INC.
                                3351 Arctic Boulevard
                                Anchorage, Alaska 99503
                                Phone: 563-6555
                                Fax: 562-7873
                                Email: davison@gci.net

CERTIFICATE OF SERVICE

This certifies that on this 9th day of January, 2006, a true and correct copy of the foregoing document was served by first-class mail on:

Max D. Garner
Birch, Horton, Bittner and Cherot
1127 West 7th Avenue
Anchorage, Alaska 99501

s/William J. Evans
Certification signature

STIPULATION FOR DISMISSAL WITH PREJUDICE        *Belfor v. R.J. Kenney et al.*
Page 2 of 2                                                                                    Case No. A03-0119 CV (JWS)

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557