William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Belfor USA Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>    Defendant/Counterclaim Plaintiff. | |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, an Alaska nonprofit corporation,<br><br>    Third-Party Defendant. | Case No. A03-0119 CV (JWS)<br><br>**PROPOSED ORDER GRANTING**<br>**DISMISSAL WITH PREJUDICE** |

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice filed herewith, hereby orders that all claims by Belfor USA Group, Inc. against R.J. Kenney Associates, Inc. and all claims by R.J. Kenney Associates, Inc. against

Belfor USA Group, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.

ENTERED this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 9th day of January, 2006, a true and correct copy of the foregoing document was served electronically on:

Bruce E. Davison
Law Offices of Davison & Davison, Inc.
3351 Arctic Boulevard
Anchorage, Alaska 99503
davison@gci.net

and by first-class mail on:

Max D. Garner
Birch, Horton, Bittner and Cherot
1127 West 7th Avenue
Anchorage, Alaska 99501

s/William J. Evans
Certification signature

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING DISMISSAL WITH PREJUDICE
Page 2 of 2

*Belfor v. R.J. Kenney et al.*
Case No. A03-0119 CV (JWS)