William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Belfor USA Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>    Defendant/Counterclaim Plaintiff. | |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, an Alaska nonprofit corporation,<br><br>    Third-Party Defendant. | Case No. A03-0119 CV (JWS)<br><br>**ORDER GRANTING <u>DISMISSAL WITH PREJUDICE</u>** |

The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice filed herewith, hereby orders that all claims by Belfor USA Group, Inc. against R.J. Kenney Associates, Inc. and all claims by R.J. Kenney Associates, Inc. against

Belfor USA Group, Inc. in the above-captioned action are DISMISSED WITH PREJUDICE.

ENTERED this 18th day of January, 2006.

                                           /s/
                              JOHN W. SEDWICK
                              United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING DISMISSAL WITH PREJUDICE
Page 2 of 2

*Belfor v. R.J. Kenney et al.*
Case No. A03-0119 CV (JWS)