UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __06/15/06__

To: United States Court of Appeals      ATTN: (XX) CIVIL
     For the Ninth Circuit
     Office of the Clerk                                  ( ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103          ( )JUDGE

From: Shari Fuhrer
        U.S. District Court
        222 West 7th Avenue, #4
        Anchorage, Alaska 99513

DC No: __3:03-cv-00119-JWS__          Appeal No: __05-35741__

Short title: __Belfor USA Group Inc v R.J. Kenney Associate__

Composition of Record

Clerk's Files in __7__ volumes     (x) original     ( ) certified copy

        Bulky docs. __3__ volumes, docket # __94.124,132, 135__
                                    (folders)

Reporter's    in _____ expandos    (xxx) original    ( )certified copy
Transcripts

Exhibits:     in _____ envelopes    ( ) under seal

           in _____ boxes        ( ) under seal

-98Other **NOTE: Documents170-171 are electronic and available through PACER (certified copy of ACMS and ECF dockets enclosed**
(please note any documents filed under seal)

Acknowledgement: _____      Date: _____
"record.app" [11/21/97]