Bruce E. Davison, ABA #8211111
Joseph A. Pollock ABA #9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK 99501
(907) 563-6555

Attorneys for Defendant/Counterclaim Plaintiff R.J. Kenney Associates, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado Corporation, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; | ) ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) ) |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; | ) ) |
| Third Party Plaintiff, | ) ) |
| v. | ) ) |
| SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, | ) ) ) |
| Third Party Defendant. | ) ) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Case No. A03-0119 (JWS)

COME NOW all remaining parties to the above-referenced action, by and through counsel of record, and pursuant to Federal Rule of Civil Procedure

STIPULATION FOR DISMISSAL WITH PREJUDICE
BELFOR USA GROUP, INC. v. R.J. KENNEY ASSOCIATES, INC..
Case No. A03-0119 CV
Page 1 of 3

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

41(a)(1)(ii) hereby stipulate and agree to dismiss the above-captioned action and claims against each other, either asserted or assertable, with prejudice, with each party bearing its own attorneys fees and costs.

DATED at Anchorage, Alaska this 27th day of July 2006.

DAVISON & DAVISON, INC.
Attorneys for Defendant/Counterclaim Plaintiff and Third Party Plaintiff R.J. Kenney Associates Inc.

By: /s/ Joseph A. Pollock
Joseph A. Pollock, ABA No.: 9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99503
Phone:  907-563-6555
Fax:  907-562-7873
e-mail:  jpollock@gci.net

DATED at Anchorage, Alaska this 27th day of July 2006.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Seward Associate for the Advancement of Marine Science

By: /s/ Mark E. Fineman (consent)
Mark E. Fineman, ABA No.: 0311054
Stephen H. Hutchings, ABA No.: 7705026
BIRCH HORTON BITTNER AND CHEROT
1127 W. 7th Ave.
Anchorage, AK  99501
Phone:  907-276-1550
Fax:   907-276-3680

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

STIPULATION FOR DISMISSAL WITH PREJUDICE
<u>BELFOR USA GROUP, INC. v. R.J. KENNEY ASSOCIATES, INC.</u>.
Case No. A03-0119 CV
Page 2 of 3

THIS IS TO CERTIFY that on
the 27th day of July 2006 the original
above-referenced document was
filed by electronic delivery to:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK  99501

and I hereby certify that on the 27th day of July 2006,
a copy of the foregoing document was served electronically on:

Mark E. Fineman
Stephen H. Hutchings
BIRCH HORTON BITTNER AND CHEROT
1127 W. 7th Ave.
Anchorage, AK  99501

 /s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
DAVISON & DAVISON, INC.
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

STIPULATION FOR DISMISSAL WITH PREJUDICE
BELFOR USA GROUP, INC. v. R.J. KENNEY ASSOCIATES, INC..
Case No. A03-0119 CV
Page 3 of 3