Bruce E. Davison, ABA #8211111
Joseph A. Pollock ABA #9611070
DAVISON & DAVISON, INC.
3351 Arctic Boulevard
Anchorage, AK  99501
(907) 563-6555

Attorneys for Defendant/Counterclaim Plaintiff R.J. Kenney Associates, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado Corporation, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) ) |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; | ) ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) ) ) |
| R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; | ) ) ) |
| Third Party Plaintiff, | ) ) ) |
| v. | ) ) |
| SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, | ) ) ) ) |
| Third Party Defendant. | ) ) |

**PROPOSED ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Case No. A03-0119 (JWS)

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE
BELFOR USA GROUP, INC. v. R.J. KENNEY ASSOCIATES, INC..
Case No. A03-0119 CV
Page 1 of 2

## **ORDER**

IT IS SO ORDERED that the parties' Stipulation for Dismissal with Prejudice is GRANTED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

THIS IS TO CERTIFY that on
the 27th day of July 2006 the original
above-referenced document was
filed by electronic delivery to:

U.S. District Court
222 W. 7TH Ave., Room 229
Anchorage, AK  99501

and I hereby certify that on the 27th day of July 2006,
a copy of the foregoing document was served electronically on:

Mark E. Fineman
Stephen H. Hutchings
BIRCH HORTON BITTNER AND CHEROT
1127 W. 7th Ave.
Anchorage, AK  99501

 /s/ Julie Eibeck, Legal Secretary
Certification Signature

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873

ORDER STIPULATION FOR DISMISSAL WITH PREJUDICE
BELFOR USA GROUP, INC. v. R.J. KENNEY ASSOCIATES, INC..
Case No. A03-0119 CV
Page 2 of 2