IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BELFOR USA GROUP, INC., a Colorado Corporation, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; <br><br> Defendant/Counterclaim Plaintiff, <br>_____ <br> R.J. KENNEY ASSOCIATES, INC., a Massachusetts corporation; <br><br> Third Party Plaintiff, <br><br> v. <br><br> SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE, <br><br> Third Party Defendant. <br>_____ | **ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br><br><br><br> Case No. A03-0119 (JWS) |

**ORDER**

IT IS SO ORDERED that the parties' Stipulation for Dismissal with Prejudice is GRANTED.

DATED at Anchorage, Alaska this 28th day of July 2006.

/s/
HONORABLE JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
**DAVISON & DAVISON, INC.**
3351 ARCTIC BOULEVARD
ANCHORAGE, ALASKA 99503
(907) 563-6555
FAX (907) 562-7873