UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
AUG 07 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BELFOR USA GROUP INC,<br><br>    Plaintiff-counter-defendant -<br>Appellee,<br><br>v.<br><br>R.J. KENNEY ASSOCIATES INC., a Massachusetts corporation,<br><br>    Defendant-counter-plaintiff -<br>Appellant,<br><br>v.<br><br>SEWARD ASSOCIATION FOR THE ADVANCEMENT OF MARINE SCIENCE,<br><br>    Third-party-defendant -<br>Appellee. | No. 05-35741<br><br>D.C. No. CV-03-00119-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
AUG 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

The parties' stipulation to dismiss is granted. This appeal is dismissed.

Fed. R. App. P. 42(b). A certified copy of this order sent to the district court shall constitute the mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 07 2006

by /s/ Beverly Brown
Deputy Clerk